NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5072, -5082

AMBER RESOURCES COMPANY, AERA ENERGY LLC,
OGLE PETROLEUM INC., OLAC RESOURCES LLC,
POSEIDON PETROLEUM LLC, TOTAL E&P USA, INC.,
PLAINS EXPLORATION & PRODUCTION CO., NOBLE ENERGY, INC.,
ANADARKO E&P COMPANY LP, DEVON ENERGY PRODUCTION COMPANY, L.P.,
and NYCAL OFFSHORE DEVELOPMENT CORPORATION,

Plaintiffs,

and

DELTA PETROLEUM CORPORATION,

Plaintiff-Cross Appellant,

v.

UNITED STATES,

Defendant-Appellant.

Appeals from the United States Court of Federal Claims in 02-CV-30, 04-CV-1822, and 05-CV-249, Senior Judge Eric G. Bruggink.

ON MOTION

Before PROST, Circuit Judge.

ORDER

The United States moves for an extension of time, until August 28, 2009, to file its opening brief. Delta Petroleum Corporation opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

AUG 13 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Steven J. Rosenbaum, Esq.
      Gregg M. Schwind, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 13 2009

JAN HORBALY
CLERK

2009-5072                            - 2 -